# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ALINA BURDA (ALINA VOLKOVA),  : No. 89 EM 2019
                   Respondent  :
                                :
         v.                     :
                                :
STEVEN BURDA,                   :
                   Petitioner   :
                                :

## ORDER

**AND NOW**, this 5th day of February, 2020, per this Court's order dated December 3, 2019, this matter is dismissed for failure to pay the filing fee. *See* Pa.R.A.P. 2701(a).

_____
Prothonotary